IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WILLIAM STEPHEN LUSH, II,

    Petitioner,

v.

JUDGE NICHOLAS J. MCNAMARA,

    Respondent.

ORDER

Case No. 23-cv-155-wmc

---

Petitioner William Stephen Lush, II has submitted an affidavit in support of his application to proceed in forma pauperis. Accordingly, the court must determine whether petitioner qualifies for indigent status.

Having considered petitioner's affidavit, I find that petitioner is unable to prepay the fees of commencing this action or to post security therefor. Accordingly, petitioner's request for leave to proceed *in forma pauperis* is granted.

ORDER

IT IS ORDERED that petitioner William Stephen Lush, II's motion for leave to proceed without prepayment of the filing fee is GRANTED.

Entered this 13th day of March, 2023.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge